# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 204 | DATE | 1/26/2007 |
| CASE TITLE | Charles King, et al    vs    Roger E. Walker etc., et al | | |

**DOCKET ENTRY TEXT:**

Enter order for interim fees. The Ill. Dept. of Corrections shall pay to Thomas Peters and Kevin Peters the sum of $25,987.50.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|