IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES KING, ANDRE BROWN, CHIOKE HILL, THOMAS GILBERT, NELSON MUNIZ, ANTHONY SMITH, and ANDRE McGREGG,<br>    Plaintiffs,<br><br>v.<br><br>ROGER E. WALKER, Director of Illinois Department of Corrections, JESSE MONTGOMERY, Deputy Director of Parole, Operations,<br>    Defendants. | ) ) ) ) ) ) ) ) No. 06 C 0204 ) ) ) ) ) Judge Robert W. Gettleman ) ) ) |

## ORDER FOR INTERIM FEES

IT IS HEREBY ORDERED that the Illinois Department of Corrections shall pay to

Thomas Peters and Kevin Peters the sum of $25,987.50 for their reasonable interim fees.

Counsel for the named Defendant's shall submit a voucher for payment of those fees

within 15 days of the date of this Order. The fees shall be made payable to Kevin Peters,

Attorney at Law, 407 S. Dearborn, Suite 1675, Chicago, Illinois, 60605.

ORDERED: _____

DATED: _____