**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DEVISION**

| | | |
|---|---|---|
| CHARLES KING, ANDREW BROWN, CHIOKE HILL, THOMAS GILBERT, NELSON MUNIZ, ANTHONY SMITH and ANDRE McGREGG, | ) ) ) ) ) | |
| Plaintiffs, | ) | No. 06 C 204 |
| | ) | |
| | ) | Hon. Robert W. Gettleman |
| v. | ) | |
| | ) | |
| ROGER E. WALKER and JESSE MONTGOMERY, | ) ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFFS' AMENDED FEE PETITION AND ENTERING JUDGEMENT**
**FOR THE PLAINTIFFS**

---

**WHEREAS**, following discovery and an evidentiary hearing, and after months of court-supervised settlement negotiations, the parties negotiated an Amended Consent Decree in the above captioned matter.

**WHEREAS**, the Court approved the Amended Consent Decree on April 24, 2014.

**WHEREAS**, the Plaintiffs have filed an Amended Petition for Attorneys' Fees and Costs pursuant to 42 U.S.C. § 1988 and after considering Plaintiffs' Petition and supporting materials (including time sheets and declarations from Counsel), the Court concludes that Plaintiffs' amended request for fees and costs is reasonable and permissible under applicable law.

It is therefore **ORDERED** that:

1) Plaintiffs' Amended Petition for Attorneys' Fees and Costs is **GRANTED**.

2) A judgment is entered against the Defendants ordering them to pay Plaintiffs' Counsel $140,000 for their attorneys' fees and costs.

It is so ORDERED.

**ENTER:** **October 31, 2014**

_____
**Robert W. Gettleman**
**United States District Judge**